UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMIKA D. SHAW,

        Petitioner,        Case No. 1:02-CV-830

v.        Hon. Gordon J. Quist

KURT JONES,

        Respondent.
        _____/

**ORDER DENYING *IN FORMA PAUPERIS* STATUS ON APPEAL**

      Petitioner has filed a motion to proceed *in forma pauperis* on appeal. In a deficiency order entered February 17, 2006, petitioner was advised of certain deficiencies in his motion seeking *in forma pauperis* status on appeal. Petitioner was further advised that he must comply with the requirements of Fed. Rule App. Proc. 24(a), which include filing (1) a motion for leave to proceed *in forma pauperis;* and, (2) an affidavit showing his inability to pay the required fees (in the detail prescribed by Form 4 of the Appendix of Forms), his belief that he is entitled to redress, and a statement of the issues he intends to present on appeal. Petitioner has submitted a motion to proceed *in forma pauperis*, a copy of his certificate of institutional trust fund account activity, and an "affidavit of indigency." *See* docket nos. 65, 66. However, petitioner's "affidavit of indigency" does not meet the requirements of Rule 24(a). The "affidavit" is neither notarized nor verified as required by 28 U.S. § 1746, and does not include a statement of issues he intends to present on appeal.

Petitioner has not corrected the deficiencies nor submitted the $255.00 filing and docketing fee for his appeal. Accordingly, petitioner's motion to proceed on appeal *in forma pauperis* (docket no. 65) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: March 30, 2006         /s/Gordon J. Quist
                              Gordon J. Quist
                              United States District Judge